IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOHAMMAD REZA TAVOOSI MAHYARI, § § § § Plaintiff, § § v. § § WAL-MART STORES, INC., *et al.*, § § Defendants. § | § § § § § § § § § § § | Civil Action No. 3:21-CV-01653-N |

## FINAL JUDGMENT

By separate Order of this same date, the Court granted Plaintiff Mohammad Reza Tavoosi Mahyari's cross-motion to confirm the arbitration award in this matter. It is, therefore, ordered that Mahyari has judgment against Defendants Wal-Mart Stores, Inc., Wal-Mart Associates, Inc., and Wal-Mart Stores Texas LLC (collectively "Walmart") in the amount of $8,384,618.25 together with $283,591.65 in prejudgment interest, less a credit and offset in favor of Walmart of $20,769.49, for a total judgment of $8,647,440.41. It is further ordered that the total judgment amount shall bear post-judgment interest at the rate of 0.37% compounded annually from the date of the judgment until paid. Court costs and arbitration costs are taxed against Walmart. All relief not expressly granted, other than attorneys' fees, is denied. This is a final judgment.

ORDER – PAGE 1

Signed January 12, 2022.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2